UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00049

**Christy Leanne Callahan,**
*Plaintiff,*

v.

**Texas Department of Child Protection et al.,**
*Defendants.*

# ORDER

Plaintiff Christy Callahan initiated this action, proceeding pro se, on January 21, 2022. Doc. 1. The case was referred to United States Magistrate Judge John D. Love, who issued a report recommending that the case be dismissed for lack of subject-matter jurisdiction. Doc. 8. No objections to the report and recommendation have been filed and the timeframe for doing so has passed.

The court therefore reviews the magistrate judge's findings for clear error or abuse of discretion and reviews his legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Accordingly, the report and recommendation (Doc. 8) is accepted. Fed. R. Civ. P. 72(b)(3). Plaintiff's claims are dismissed without prejudice for lack of subject-matter jurisdiction.

*So ordered by the court on May 5, 2022.*

J. CAMPBELL BARKER
United States District Judge